EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re<br><br>María del Carmen Blanes García | 2012 TSPR 16<br><br>184 DPR ____ |

Número del Caso: TS-13,368

Fecha: 26 de enero de 2012

Abogado de la Parte Peticionaria:

Por Derecho Propio

Materia: Readmisión al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

TS-13,368

In re: María del Carmen Blanes
García

RESOLUCIÓN

En San Juan, Puerto Rico, a 26 de enero de 2012.

La peticionaria María del Carmen Blanes García solicitó baja voluntaria del ejercicio de la abogacía el 16 de febrero de 2006. Así lo autorizamos mediante resolución de 2 de junio de 2006.

Vista la *Moción de Solicitud de Activación al Ejercicio del Derecho* presentada por la peticionaria el pasado 20 de enero de 2012, así como la *Certificación de Cumplimiento* presentada por el Programa de Educación Jurídica Continua, se autoriza su reinstalación al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo